# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0422.  THE STATE v. DUSTIN LEE.**

The State filed this application for discretionary appeal from the trial court's order granting Dustin Lee's motion to suppress evidence illegally seized.  Lee was charged with the offense of possession of a firearm by a convicted felon.  Lee moved to suppress the gun seized from his residence because he did not consent to the search and the search was executed absent a warrant or exigent circumstances in violation of the Fourth Amendment.  The trial court granted Lee's motion, and the State filed this timely application for discretionary appeal.  A discretionary application, however, was not necessary here.  The State may appeal directly from the grant of a motion to suppress evidence.  OCGA § 5-7-1 (a) (4); OCGA § 5-7-2; *State v. Felton*, 297 Ga. App. 35, 36 n.1 (676 SE2d 434) (2009).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, the State's application is hereby GRANTED.  The State shall have ten days from the date of this order to file a notice of appeal, if it has not already done so.  The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/27/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*